**Motor Building Corporation, Appellee, v. Frederick C. Bigham, as Trustee under Trust No. 1, Appellant.**

**Gen. No. 47,015.**

First District, Second Division.
February 19, 1957.
Released for publication April 2, 1957.

Ordower & Ordower, for appellant, Benjamin Ordower, and Nathan Wolfberg, of counsel; O'Keefe, O'Brien & Hanson, for appellee, James H. O'Brien and James F. Ashenden, Jr., of counsel. Opinion by PRESIDING JUSTICE ROBSON. Not to be published in full.